

WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **In re:** | ) |
| | ) |
| **MISCELLANEOUS PROCEEDING** | ) **MP CASE NO. 19-90010-WIL** |
| **TO SUBSTITUTE COUNSEL** | ) |
| | ) |

### ORDER GRANTING MISCELLANEOUS PROCEEDING TO WITHDRAW/SUBSTITUTE COUNSEL

UPON CONSIDERATION of the Miscellaneous Proceeding to Withdraw/Substitute Counsel filed herein, it is hereby,

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that L. Jeanette Rice, Esquire is removed from the list of cases attached to said Motion; and it is further

ORDERED, that Martin Oliverio, Esquire shall be designated as substitute counsel in the cases.

Copies to:

L. Jeanette Rice, Esquire
Walsh, Becker & Rice
14300 Gallant Fox Lane
Suite 218
Bowie, MD 20715

Martin Oliverio, Esquire
Walsh, Becker & Rice
14300 Gallant Fox Lane
Suite 218
Bowie, MD 20715

END OF ORDER