IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: JEFFREY D. RATHELL, SR. | * | CASE NO.: 19-15056-TJC |
| DEBTOR | * | CHAPTER 7 |

| | | |
|---|---|---|
| THE RESIDUARY TRUST U/W CHARLES R. RATHELL, JR. | * | |
| PLAINTIFF | * | ADVERSARY CASE NO.: **19-00257** |
| V. | * | |
| JEFFREY D. RATHELL, SR. | * | |
| and | * | |
| RATHELL FARM EQUIPMENT COMPANY, INC. | * | |
| and | * | |
| RATHELL SALES & SERVICE, LLC | * | |
| DEFENDANTS | * | |

**MOTION TO EXTEND TIME
TO FILE RESPONSE TO THE AMENDED COMPLAINT**

Debtor Jeffrey Douglas Rathell, Sr. (the "Debtor") and Defendants hereby requests that the Court extend the time for filing a response to the Amended Complaint and in support thereof states as follows:

1. In response to the Debtor's Motion to Dismiss, the Plaintiff filed an Amended Complaint.

2. The Debtor intends to file a motion to dismiss the Amended Complaint.

3. Debtor's counsel, L Jeanette Rice, is no longer in private practice and is now employed with the Office of the U. S. Trustee.

4. The Debtor is in the process of retaining new counsel for this adversary case.

5. The Debtor requires additional time to retain new counsel and for new counsel to file a response to the Amended Complaint.

6. The Debtor has not previously requested an extension in this case.

7. That the Plaintiff will not be prejudiced by the Court granting this motion.

WHEREFORE, the Debtor requests that this Court:

    a. Extend the time to file a response to the Amended Complaint to October 15, 2019; and

    b. Grant such other and further relief as the nature of this cause may require.

Dated: September 27, 2019

By Counsel:

/s/ Martin G. Oliverio
Martin G. Oliverio (25672)
Walsh, Becker & Rice
14300 Gallant Fox Lane, Suite 218
Bowie, MD 20715
Tel: (301) 262-6000
Fax: (301) 262-4403
Email: mgo@oliveriolaw.net

### CERTIFICATE OF SERVICE

I hereby certify that on **September 27, 2019,** I reviewed the Court's CM/ECF system and it reports and an electronic copy of the Motion to Extend Time will be served electronically by the Court's CM/ECF system on the following:

Monique D. Almy  - malmytrustee@crowell.com, Chapter 7 Trustee

Gregory A. Dorsey – gdorsey@kellydorseylaw.com

<u>/ s/ Martin G. Oliverio</u>  
Martin G. Oliverio, Esquire