IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| JEFFREY D. RATHELL, SR. | * | Case Number: 19-15056-TJC |
| Debtor | * | |

* * * * * * * * * * * * *

| | | |
|---|---|---|
| THE RESIDUARY TRUST U/W CHARLES R. RATHELL, JR. | * | |
| *Plaintiff* | * | Adversary Case No.: 19-00257 |
| v. | * | |
| JEFFREY D. RATHELL, SR., *et al.* | * | |
| *Defendants* | * | |

* * * * * * * * * * * * *

## CONSENT TO DEBTOR'S MOTION TO CONTINUE HEARING SCHEDULED FOR OCTOBER 8, 2019

COMES NOW, The Residuary Trust U/W Charles R. Rathell, Jr., creditor in the above-captioned bankruptcy case and as Plaintiff in the above-captioned adversary proceeding, and hereby files this Consent to a continuance of the October 8, 2019 hearing on Debtor's Motion to Dismiss Complaint.

Dated: September 30, 2019

By Counsel:

KELLY DORSEY, P.C.

/s/ Gregory A. Dorsey
Gregory A. Dorsey, Esq. (#25218)
10320 Little Patuxent Parkway, Suite 608
Columbia, Maryland 21044
Tel: (410) 740-8750
Fax: (443) 542-0069
Email: gdorsey@kellydorseylaw.com

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this the 30th day of September, 2019, I reviewed the Court's CM/ECF system and it reports that an electronic copy of *the foregoing* will be served electronically by the Court's CM/ECF system on the following:

- Martin G. Oliverio                    mgo@oliveriolaw.net

- Monique D. Almy, Trustee         malmytrustee@crowell.com, cbest@crowell.com, malmy@ecf.axosfs.com

/s/ Gregory A. Dorsey
Gregory A. Dorsey

KELLY DORSEY, P.C.
10320 Little Patuxent Pkwy, Suite 608
Columbia, Maryland 21044
Tel: (410) 740-8750 • Fax: (443) 542-0069
www.kellydorseylaw.com