Entered: October 1st, 2019
Signed: September 30th, 2019

**SO ORDERED**



**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:

**Jeffrey Douglas Rathell, SR**
Debtor

**The Residuary Trust U/W**
**Charles R. Rathell, Jr.,**
**Constance M. Rathell, and**
**Charles R. Rathell, III**
Plaintiff/Movant

vs.

**Jeffrey Douglas Rathell Sr.**
**Rathell Sales & Service,**
**LLC, Debtor owned Entity**
**Rathell Farm Equipment,**
**INC., Debtor owned Entity**
Defendant/Respondent

Case No.: 19−15056 − TJC
Chapter: 7

Motion/Adversary No.:
19−00257

### ORDER CONTINUING HEARING OF THE
### MOTION TO DISMISSING ADVERSARY PROCEEDING

Upon consideration of the motion for continuance filed in the above−captioned matter by Jeffrey Douglas Rathell Sr., Rathell Farm Equipment, Inc., Rathell Sales & Service, LLC, and it appearing that the relief requested is justified, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a hearing scheduled for October 8, 2019, is continued to **a date to be set by further notice.**

cc:   All Parties
      All Counsel

### End of Order

12x01 (rev. 05/21/2012) − mrybczynski